**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2279**

OLIN WOOTEN,

                    Plaintiff – Appellee,

          v.

ROBERT C. LIGHTBURN,

                    Defendant – Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  Glen M. Williams, Senior District Judge.  (1:07-cv-00052-gmw-pms)

Submitted: October 28, 2009        Decided: November 12, 2009

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

C. Connor Crook, BOYLE, BAIN, REBACK & SLAYTON, Charlottesville, Virginia, for Appellant.  Daniel R. Bieger, COPELAND & BIEGER, P.C., Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert C. Lightburn appeals the district court's order entering judgment in Olin Wooten's favor on Wooten's specific performance and unjust enrichment claims against Lightburn. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>See</u> <u>Wooten v. Lightburn</u>, No. 1:07-cv-00052-gmw-pms (W.D. Va. Sept. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>